## NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000211
18-APR-2024
08:29 AM
Dkt. 6 ODSLJ**

NO. CAAP-24-0000211

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
WILLIAM DOUGLAS ALLEN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CPC-20-0000109)

ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that Defendant-Appellant William Douglas Allen filed a self-represented[1] appeal from the Circuit Court of the Second Circuit's March 11, 2024 oral denial of his January 12, 2024 Motion to Dismiss, and from a June 18, 2021 "Order Denying Defendant's Motion to Strike Count Three with Reference to Hawaii Revised Statute [sic] § 706-657."

The court lacks appellate jurisdiction because the Circuit Court has not yet entered a final judgment and sentence in the underlying case, see Hawaii Revised Statutes (**HRS**) § 641-11 (2016); State v. Nicol, 140 Hawai'i 482, 492, 403 P.3d 259, 269 (2017), the Circuit Court has not directed that either order appealed from be certified for interlocutory appeal under HRS § 641-17 (2016), and neither order is immediately appealable under the collateral order exception. State v. Johnson, 96 Hawai'i 462, 470 n.12, 32 P.3d 106, 114 n.12 (App. 2001).

---

[1] It appears Appellant is represented by court-appointed counsel in the underlying proceeding.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, April 18, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge